ROBERT C. SMITH, Respondent, *v.* NEW YORK CENTRAL
RAILROAD COMPANY, Appellant.

*Smith* v. *N. Y. Central R. R. Co.*, 180 App. Div. 922, appeal
dismissed.

(Argued April 22, 1918; decided April 30, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered October 26, 1917, affirming
a judgment in favor of plaintiff entered upon a verdict in
an action to recover for personal injuries alleged to have
been sustained by plaintiff through the negligence of
defendant.

The motion was made upon the grounds that no
questions of law were involved; that the exceptions
were frivolous and the appeal taken only for purpose of
delay.

*Merwin W. Lay* for motion.

*Willard A. Glen* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.